# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50112 | **DATE** | 6/24/2008 |
| **CASE TITLE** | United States of America vs. Percy E. Moore | | |

**DOCKET ENTRY TEXT:**

Government to file a response to defendant's 28 U.S.C. § 2255 motion within 45 days. Defendant is given 30 days thereafter to file any reply.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JT |
|---|---|---|

Case 3:08-cv-50112　Document 4　Filed 06/24/2008　Page 1 of 1