IN The United States District Court
For The Northern District of Illinois

United States of America
                    Plaintiff,
        v.                              Case No. 08-C-50112
Percy E Moore                           Motion To Add on
                    Defendant

                                        Philip G. Reinhard
                                        Judge

                                        FILED
                                        JUL 28 2008
                                        MICHAEL W. DOBBINS
                                        CLERK, U.S. DISTRICT COURT

Honorable Judge Reinhard,

District court document Dated 6-24-2008 Arrived That The government To File A Response To defendant 28 U.S.C 2255 Motion within 45 days. Defendant had no idea what this was about for The Appellant Attorney hadn't sent anything That Said, The Case had been Remanded and Filed Under a New Case Number. A Letter Came July 11, 2008 From him - Dated July 6, 2008, Apologizing For his delay, because of his adsence From The office For Vacation.

   At The Time defendant Filed The Sixth amendment Violation with Appeal's court, never was iT in mind iT would be considered as a Timely 2255. Having Talk since with Karpe Law office, Defendant was Told The 2255 should contain all cognizable claims, Should immediately prepare Those claims and File with District Court without Delay hopefully, This Filing will not disturt The proceedings in any way, shape or Form.

   July 20, 2008                        Percy E Moore

Attorney David R. Karpe
Karpe Law Office
448 W. Washington Avenue
Madison, WI 53703-2729

Mr. Percy E. Moore
BOP #12426-424
FMC Rochester
Box 4000
Rochester, MN 55903



# KARPE LAW OFFICE

## David R. Karpe
## Attorney at Law

448 West Washington Avenue
Madison, Wisconsin 53703
Telephone (608) 255-2773
Facsimile (608) 255-3700

July 6, 2008

Mr. Percy E. Moore
BOP #12426-424
Oxford Federal Correctional Institute
Box 1000
Oxford, WI 53952

    Re:   *United States v. Percy E. Moore*,
           Appeal No. 06-2010 (7th Circuit federal court of appeals)
           Trial court case number 03CR50018 (ND Ill.)
           Denial of motion under 28 U.S.C. § 2255/ Rule 33

Dear Mr. Moore:

    Congratulations! We won. Would you please find enclosed then decision dated June [illegible] of the Seventh Circuit of the Federal Court of Appeals. I apologize for my delay in sending this letter to you, which was occasioned by my absence from the office for vacation.

    The Court of Appeals vacated the judgment to the district court and remanded your case, construing your submission entitled "Sixth Amendment Violations" as a timely §2255 motion. It is possible that the government will seek to continue to fight by filing either a motion for rehearing or a petition for a writ of certiorari, or both, but I highly doubt it.

    Would you please feel free to call me to discuss your case with me? If calling proves difficult, please drop me a line and I will set up a call. Thank you again for the privilege of representing you in this important case.

                                                      Very truly yours,

                                                      David R. Karpe

enc.

ATTACHMENT A

Prosecutor's office misconduct
nondisclosure of exculputory evidence, documents of brainwashing and drugging -behavioral modification techniques employed against moore before trial, during and throughout his imprisonment.

Warrantless eavesdropping
F.B.I. and rockford police unlawful investigations before trial and during his house arrest. moore claim evidence will show his phones and house was bugged, at all times F.B.I. knew his whereabouts for intimidation.

Prosecutor's office gave two statement of facts with different versions of the crime, one stated he sold flemons two ounces for a hundrend dollars yet another 1600.00 and fabricated conversations towards delusional thinking with significant erotomania-an unrealistic and delusional based belief that one has a romantic relationship with a disinterested third party(the mexican women informant) documented lies, to conform with fraudulent social security documents that moore suffers from schizophrenia to deny due process.

Prosecutor's office did not reveal all informants to determine guilt, initiated a sexual relationship, allowed it to continue to exist to achieve government ends-investigatory-advantages, miss meighan fitzgerald was introduced to moore four months before the investigation by his brother james daniels. she drew him out the house on the government's video's influenced his thinking before trial, testified at trial, and advised him to let court appointed phillips appeal conviction. she has close ties with prosecutor's michael iasparro's family.  Neither did government reveal katasha foat moore's live-in girlfriend (on video sept 13,02 ) role as an cooperating informant or favors granted before or during trial.

    The government should wee reveal the role of Edna daniel and sister carolyn Guerin how they coercion moore to remain silent during trial and worked behind the scenes to control situations :when arrested feb 26,03 edna daniel and guerin came to ogle county jail inquired whereabouts of the rest of the drugs and sold them,then,he was released into her custody. the government brided moore's fam ily to obstruct juctice that denied him a fair trial. In court aug 26,03 moore's caretaker replied when moore asked her to testify on his behalf,she said i'am not testifying,don't you say anything,keep your mouth shut and it'll go good for you,so moore remained silent,drew pictures.

    Government never brought up Ivan Blake role as a informant that repeatly was sent to lure him into violating the law,before indictment and during time on house arrest. Ivan Blake cooperated with the government,he should have been included on the government's list of informants. they used him not only to get moore to commit other criminal acts but also as a intimidator who beat moore when he exercised his first amendment rights to free speech.

    Government witnesses committed perjury agent hopkins,swank,cunningham,flemons as to what actually occurred on sept 13,2002,oct 9,2002,oct 17,2002. Lied about length of investigation,and informants. And what they actually seen having moore under surveillance. And that the flemons never done business with moore prior to sept 13,2002. see attachment sixth amendment violation pages 3,4, and motion for new trial and release on bail page 5,.

ATTACHMENT C

Mental competence

For nine years moore was totally mentally unable, he received full benefits counsel Michael Phillips rendered ineffectiveness in stating to the court moore was not alleges in any way, shape, or form. Counsel performance was below the standard of an trial attorney see attachment sixth amendment violation. Moore denied his fourteenth amendment due process right, because he was mentally incompent to stand trial.
Moore was insane the day of the incident he did not knowingly and intentionally violate statute 841 (b) see attachment page 1,2.

To be included in reply brief.

The evidence is in black and white with F.B.I.'s finger prints everywhere! The F.b.i.instructed edna daniel and carolyn guerin to put moore on social security,may 3,95,moore's mother and sister carolyn guerin picked him up from galesburg prison to take to rockford(conversation on the way) edna daniel said you can receive social security,moore asked how? edna said we been told you can get it but you can't tell your wife shirley. How did daniel and guerin know he could get full disability? Daniel and guerin forged moore's wife's name.  F.B.I.instructed daniel to be caretaker and guerin his payee.  July of 95, when moore told his wife about the social security papers,they both went to rockford social security office his wife wanted documents destroyed,moore showed case worker he could understand, she refused to disregard. Moore's wife asked to speak to supervisor he said he will take guerin name off as payee and add moore but would not destroy any papers.why would the government condone fraud? Moore never needs to be examine for benefits (check ssa documents) Oct 2,2001,moore went to Dr.hoffman's office,he answered his questions then explained his being drugged by rockford and ordeal to get justice since 1991.  Dr. hoffman said he would inform social security of these facts,moore received another letter that he was ineligible.Moore then signed a form to be retrain to work however another letter arrived oct 26,2001 that stated he need not apply for job nor need to be re-examined to get full disability. How is that possible? Who is powerful enought to have this done? Moore's social security was approved and stamped by mr.robert s. mueller head of the f.b.i..

1.

Agent hopkins statement and comments aug 26, 2003
"still writing books about us? How did he know moore had ever written books ? Who told him moore was on disability?
July of 95,when moore and wife asked daniel about fraudulent social security papers,and asked why are they driving him crazy? she said f.b.i. told her to do this.Did f.b.i. tell her to do this? Why?
Aug 26,2003 moore asked daniel to testify on his behalf,she replied,i'am not testifying don't you say anything,keep your mouth shut,and it'll go good for you. How did she know counsel michael phillips would render ineffective assistance of counsel?

Rockford police and f.b.i. did surveillances,Why is there no mention of him (donald hall) by the flemons or f.b.i.?
He was involved in each transaction. He is seen on the first video, and his voice is the one making the deal with flemons on oct 17,2002. Why did the flemons lie,and f.b.i. about what actually occurred on sept 13,2002,oct 9,2002,oct 17,2002 ?
Its political injustice and fraud on the court using behavioral modification techniques and drugging to get moore under f.b.i. control,to keep him from writing books about them (carl fort incident) Let daniel,guerin,agent hopkins,the flemons,and robert s. mueller III testify to the truth! On the other hand if moore is crazy than judge reinhard denied him his fourteenth amendment due process right, because he was tried and convicted when he was mentally incompent to stand trial.
There plenty of evidence of government corruption in moore's motion for a new trial.


dated july 25,2007

all statements are true

2.

NO. 08-C-50112

IN THE

DISTRICT COURT OF THE UNITED STATES

Northern District of Illinois

Percy E. Moore _____ PETITIONER
( YOUR NAME )

VS

United States of America RESPONDENT(S)

PROOF OF SERVICE

I, Percy E. Moore, DO SWEAR OR DECLARE THAT ON THIS DATE, July 15, 2008 AS REQUIRED BY SUPREME COURT RULE 29 I HAVE SERVED THE ENCLOSED Motion To add on,

ON EACH PARTY TO THE ABOVE PROCEEDING OR THAT PARTY'S COUNSEL, AND ON EVERY OTHER PERSON REQUIRED TO BE SERVED, BY DEPOSITING AN ENVELOPE CONTAINING THE ABOVE DOCUMENTS IN THE UNITED STATES MAIL PROPERLY ADDRESSED TO EACH OF THEM AND WITH FIRST-CLASS POSTAGE PREPAID, OR BY DELIVERY TO A THIRD-PARTY COMMERCIAL CARRIER FOR DELIVERY WITHIN 3 CALENDER DAYS.

THE NAMES AND ADDRESSES OF THOSE SERVED ARE AS FOLLOWS:

Patrick L Fitzgerald
United States Attorney
308 West State, Rockford, IL 61102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON July 15, 2008

Percy E Moore

Percy E.
Federal
P.O. Box 4060
Rochester, MN 55903