## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50112 | **DATE** | 7/29/2008 |
| **CASE TITLE** | United States vs. Moore | | |

**DOCKET ENTRY TEXT:**

Moore filed a "motion to add on" which the court construes as a motion to amend his § 2255 motion. The court grants the motion to amend and will consider the attachment thereto as an amendment to the § 2555 motion. The original briefing schedule is stricken, and the government is given 30 days to respond to the amended § 2255 motion and Moore is given 30 days thereafter to file any reply.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|

Case 3:08-cv-50112   Document 6   Filed 07/29/2008   Page 1 of 1

08C50112 United States vs. Moore    Page 1 of 1